# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 19-CR-864 |
| RISHI SHAH, ) | |
| SHRADHA AGARWAL, ) | Hon. Thomas M. Durkin |
| BRAD PURDY, and ) | Hon. Jeffrey I. Cummings (Mag.) |
| ASHIK DESAI ) | |
| ) | |

## UNOPPOSED MOTION OF CHRISTINA M. EGAN AND JOHN D. ADAMS TO ENTER LIMITED APPEARANCES ON BEHALF OF SHRADHA AGARWAL

Christina M. Egan and John D. Adams of McGuireWoods LLP, on their own behalf, respectfully move this Court for leave (1) to enter limited appearances on behalf of Defendant Shradha Agarwal for purposes of (a) representing Ms. Agarwal at her arraignment, currently scheduled for December 16, 2019, and (b) filing and litigating a Motion to Amend Protective Order and Vacate Seizure Warrant; and (2) to withdraw their limited appearances at their option after the Court's resolution of the Motion to Amend Protective Order and Vacate Seizure Warrant.

Ms. Egan and Mr. Adams have met and conferred with the Government, who do not oppose this Motion to Enter Limited Appearances on Behalf of Shradha Agarwal, but do oppose the Motion to Amend Protective Order and Vacate Seizure Warrant, which is expected to be filed at a later date.

A Proposed Order to Enter Limited Appearances has been submitted to the Court pursuant to its Standing Order on Proposed Orders.

Dated: December 13, 2019	Respectfully submitted,

*/s/ Christina M. Egan*
Christina M. Egan
John D. Adams *(pro hac vice application forthcoming)*
McGuireWoods LLP
77 W. Wacker, Suite 4100
Chicago, Illinois 60601
(312) 750-8644
cegan@mcguirewoods.com
jadams@mcguirewoods.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses on this 13th day of December 2019.

Dated: December 13, 2019  /s/ *Christina M. Egan*
Christina M. Egan