FILED

APR 11 2023

JUDGE THOMAS M. DURKIN
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RISHI SHAH,<br>SHRADHA AGARWAL, and<br>BRAD PURDY | No. 19 CR 864<br><br>Hon. Thomas M. Durkin<br>United States District Judge |

## VERDICT FORM

We, the jury, as to the following charges of the indictment, find as follows regarding defendant RISHI SHAH:

| | NOT GUILTY | GUILTY |
|---|:---:|:---:|
| Count One | ☐ | ☑ |
| Count Two | ☐ | ☑ |
| Count Four | ☐ | ☑ |
| Count Five | ☐ | ☑ |
| Count Nine | ☐ | ☑ |
| Count Ten | ☐ | ☑ |
| Count Eleven | ☐ | ☑ |
| Count Twelve | ☐ | ☑ |
| Count Thirteen | ☐ | ☑ |
| Count Fourteen | ☐ | ☑ |
| Count Fifteen | ☐ | ☑ |
| Count Sixteen | ☐ | ☑ |

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Count Seventeen | ☐ | ☑ |
| Count Eighteen | ☐ | ☑ |
| Count Nineteen | ☐ | ☑ |
| Count Twenty | ☑ | ☐ |
| Count Twenty-One | ☑ | ☐ |
| Count Twenty-Two | ☐ | ☑ |
| Count Twenty-Three | ☑ | ☐ |
| Count Twenty-Four | ☐ | ☑ |
| Count Twenty-Five | ☐ | ☑ |
| Count Twenty-Six | ☐ | ☑ |

We, the jury, as to the following charges of the indictment, find as follows regarding defendant SHRADHA AGARWAL:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Count One | ☐ | ☑ |
| Count Two | ☐ | ☑ |
| Count Four | ☐ | ☑ |
| Count Nine | ☐ | ☑ |
| Count Eleven | ☐ | ☑ |
| Count Thirteen | ☐ | ☑ |
| Count Fourteen | ☐ | ☑ |
| Count Fifteen | ☐ | ☑ |

| | NOT GUILTY | GUILTY |
|---|---|---|
| Count Sixteen | ☐ | ☑ |
| Count Seventeen | ☐ | ☑ |
| Count Eighteen | ☐ | ☑ |
| Count Twenty | ☑ | ☐ |
| Count Twenty-Two | ☐ | ☑ |
| Count Twenty-Three | ☑ | ☐ |
| Count Twenty-Four | ☐ | ☑ |
| Count Twenty-Five | ☐ | ☑ |
| Count Twenty-Six | ☐ | ☑ |

We, the jury, as to the following charges of the indictment, find as follows regarding defendant BRAD PURDY:

| | NOT GUILTY | GUILTY |
|---|---|---|
| Count One | ☐ | ☑ |
| Count Two | ☐ | ☑ |
| Count Three | ☐ | ☑ |
| Count Four | ☐ | ☑ |
| Count Seven | ☐ | ☑ |
| Count Eight | ☐ | ☑ |
| Count Nine | ☐ | ☑ |
| Count Eleven | ☑ | ☐ |
| Count Thirteen | ☐ | ☑ |
| Count Twenty-One | ☑ | ☐ |

| | | |
|---|---|---|
| Count Twenty-Two | ☐ | ☑ |
| Count Twenty-Three | ☐ | ☑ |
| Count Twenty-Four | ☐ | ☑ |
| Count Twenty-Five | ☐ | ☑ |
| Count Twenty-Six | ☐ | ☑ |

SO SAY WE ALL:

_____
FOREPERSON

4/11/2023
DATE